```
 1  Michael I. Neil, SBN 40057
    Robert W. Frank, SBN 95392
 2  Matthew R. Souther, SBN 227910
    Phillip E. Stephan, SBN 283818
 3  NEIL, DYMOTT, FRANK, McCABE & HUDSON
    A Professional Law Corporation
 4  110 West A Street, Suite 1200
    San Diego, CA 92101
 5  P 619.238.1712
    F 619.238.1562
 6
    [Additional counsel listed on following page]
 7
    Attorneys for ALEX MONTOYA, REX SHIRLEY,
 8  PHILIP PRESSEL, and AARON GREESON
    On Behalf of the Plaintiff Class
 9
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT

| | |
|---|---|
| ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and AARON GREESON, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO, a public entity, BIRD RIDES, INC., a Delaware corporation, d/b/a BIRD; NEUTRON HOLDINGS, INC., a Delaware corporation, d/b/a LIME; RAZOR USA, LLC, a California corporation; and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 3:19-cv-00054-JM-BGS<br><br>**NOTICE OF ERRATA**<br><br>Judge: Hon. Jeffrey T. Miller<br>Courtroom: 5D (Schwartz)<br><br>Magistrate Judge:<br>Hon. Bernard G. Skomal<br>12th Floor (Carter/Keep) |

///
///
///
///
///
///
///

| | |
|---|---|
| 1 | Ann E. Menasche, SBN 74774 |
| | Ann.menasche@disabilityrightsca.org |
| 2 | DISABILITY RIGHTS CALIFORNIA |
| | 1111 Sixth Avenue, Suite 200 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 239-7861/Fax: (619) 239-7906 |
| 4 | |
| 5 | Ben Conway, SBN 246410 |
| | Ben.conway@disabilityrightsca.org |
| | DISABILITY RIGHTS CALIFORNIA |
| 6 | 350 S. Bixel Street, Suite 290 |
| | Los Angeles, CA 90017 |
| 7 | Telephone: (213) 213-8000/Fax: (213) 213-8001 |

### NOTICE OF ERRATA

Plaintiffs respectfully submit this errata to the Complaint [ECF No. 1], which was filed on January 9, 2019, in order to correct an inadvertent clerical error. On Page 1, within the caption, the Complaint stated that "Aaron Gresson" is the name of a Lead Plaintiff – as the remainder of the Complaint reflects, "Aaron Greeson" is the name of a Lead Plaintiff. Plaintiffs are attaching as Exhibit "A" Page 1 of the Complaint that corrects this mistake and makes no other changes.

Respectfully submitted,

Dated: January 18, 2019   NEIL, DYMOTT, FRANK, MCCABE & HUDSON
A Professional Law Corporation

By: *s/ Robert W. Frank*
Michael I. Neil
mneil@neildymott.com
Robert W. Frank
rfrank@neildymott.com

By: *s/ Matthew R. Souther*
Matthew R. Souther
msouther@neildymott.com
Phillip E. Stephan
pstephan@neildymott.com
Attorneys for Plaintiffs
ALEX MONTOYA, PHILIP PRESSEL, REX SHIRLEY, and AARON GREESON

| | | |
|---|---|---|
| 1 | Dated: January 18, 2019 | DISABILITY RIGHTS CALIFORNIA |
| 2 | | By: *s/ Ann E. Menasche* |
| 3 | | Ann E. Menasche, |
| | | Ann.menasche@disabilityrightsca.org |
| 4 | | Attorneys for Plaintiffs |
| | | ALEX MONTOYA, PHILIP PRESSEL, |
| 5 | | REX SHIRLEY, and AARON GREESON |
| 7 | Dated: January 18, 2019 | DISABILITY RIGHTS CALIFORNIA |
| 8 | | By: *s/ Ben Conway* |
| 9 | | Ben Conway |
| 10 | | Ben.conway@disabilityrightsca.org |
| | | Attorneys for Plaintiffs |
| 11 | | ALEX MONTOYA, PHILIP PRESSEL, |
| | | REX SHIRLEY, and AARON GREESON |

# EXHIBIT "A"

1  Michael I. Neil, SBN 40057
   Robert W. Frank, SBN 95392
2  Matthew R. Souther, SBN 227910
   Phillip E. Stephan, SBN 283818
3  NEIL, DYMOTT, FRANK, McCABE & HUDSON
   A Professional Law Corporation
4  110 West A Street, Suite 1200
   San Diego, CA 92101
5  P 619.238.1712
   F 619.238.1562
6
   *[Additional counsel listed on following page]*
7
   Attorneys for ALEX MONTOYA, REX SHIRLEY,
8  PHILIP PRESSEL, and AARON GREESON
   On Behalf of the Plaintiff Class
9

10                 **IN THE UNITED STATES DISTRICT COURT**

11                    **FOR THE SOUTHERN DISTRICT**

12 | ALEX MONTOYA, REX SHIRLEY, | CASE NO. 3:19-cv-00054-JM-BGS |
   | PHILIP PRESSEL, and AARON |
13 | GREESON, individually, and on behalf | **CLASS ACTION COMPLAINT**
   | of all others similarly situated, | **FOR:**
14 |
   |                  Plaintiffs, | 1. 42 U.S.C. §12101 *et. seq.* [THE
15 |                              |    AMERICANS WITH
   | vs.                          |    DISABILITIES ACT];
16 |                              | 2. 29 U.S.C. § 794 *et seq.* [Section 504
   | CITY OF SAN DIEGO, a public entity, |    of the Rehabilitation Act;
17 | BIRD RIDES, INC., a Delaware | 3. California Civil Code §54 *et seq.*
   | corporation, d/b/a BIRD; NEUTRON |    [California Disabled Persons Act];
18 | HOLDINGS, INC., a Delaware   | 4. California Civil Code §51 *et seq.* [
   | corporation, d/b/a LIME; RAZOR USA, |    Unruh Civil Rights Act];
19 | LLC, a California corporation; and | 5. California Government Code
   | DOES 1-100,                  |    §4450 *et seq.*;
20 |                              | 6. California Government Code
   |                  Defendants. |    § 11135 *et seq.*
21

---

1
CLASS ACTION COMPLAINT