| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | BRONWYN F. POLLOCK (SBN 210912) |
|   | *bpollock@mayerbrown.com* |
| 3 | EVAN M. WOOTEN (SBN 247340) |
|   | *ewooten@mayerbrown.com* |
| 4 | SANDOR A. CALLAHAN (SBN 318200) |
|   | *scallahan@mayerbrown.com* |
| 5 | 350 South Grand Avenue, 25th Floor |
|   | Los Angeles, CA  90071-1503 |
| 6 | Telephone:   (213) 229-9500 |
|   | Facsimile:    (213) 625-0248 |

Attorneys for Defendant
BIRD RIDES, INC.

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and AARON GRESSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a public entity; BIRD RIDES, INC., a Delaware corporation, d/b/a BIRD; NEUTRON HOLDINGS, INC., a Delaware corporation, d/b/a LIME; WHEELS LABS, INC., a Delaware Corporation; UBER TECHNOLOGIES, INC., a Delaware Corporation, d/b/a JUMP; LYFT, INC.; RAZOR USA, LLC, a California corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:19-cv-00054-JM-BGS<br><br>**NOTICE OF JOINT MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS BY DEFENDANTS BIRD RIDES, INC., NEUTRON HOLDINGS, INC., AND RAZOR USA, LLC**<br><br>Date:          May 20, 2019<br>Time:          10:00 a.m.<br>Courtroom:  5D<br><br>Honorable Jeffrey T. Miller |

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS;
CASE NO. 3-19-CV-00054-JM-BGS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on Monday, May 20, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5D of the above-captioned Court, located on the 5th floor of 221 West Broadway, San Diego, California 92101, Defendants Bird Rides, Inc., Neutron Holdings, Inc., and Razor USA, LLC (collectively, the "Scooter Defendants"), will and hereby do move to strike the class allegations in Plaintiffs' First Amended Complaint contained in ¶¶ 9, 16-17, 40, 42, 48-50, 52-61, and 137 (Dkt. No. 14). This Motion is made by the Scooter Defendants pursuant to Federal Rules of Civil Procedure, Rules 12(f) and 23(d)(1)(D).

This Motion is based upon this Notice of Joint Motion and Motion, the concurrently filed Joint Memorandum of Points and Authorities, Joint Request for Judicial Notice, and Declaration of Bronwyn F. Pollock in support thereof.

Dated: April 4, 2019

Respectfully submitted,

MAYER BROWN LLP
BRONWYN F. POLLOCK
EVAN M. WOOTEN
SANDOR A. CALLAHAN

By:   s/ Bronwyn F. Pollock
      Bronwyn F. Pollock

Attorneys for Defendant
BIRD RIDES, INC.
E-mail: bpollock@mayerbrown.com

| | | |
|---|---|---|
| 1 | Dated: April 4, 2019 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | ANNE MARIE ESTEVEZ<br>STEPHANIE SCHUSTER<br>KATHY H. GAO |
| 3 | | |
| 4 | | By:  s/ Anne Marie Estevez<br>       Anne Marie Estevez |
| 5 | | Attorneys for Defendant |
| 6 | | NEUTRON HOLDINGS, INC<br>E-mail: aestevez@morganlewis.com |
| 7 | | |
| 8 | Dated: April 4, 2019 | FISHER PHILLIPS<br>TYLER J. WOODS |
| 9 | | |
| 10 | | By:  s/ Tyler J. Woods<br>       Tyler J. Woods |
| 11 | | Attorneys for Defendant |
| 12 | | RAZOR USA, LLC<br>E-mail: twoods@fisherphillips.com |

2

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS;
CASE NO. 3-19-CV-00054-JM-BGS

731927116