| | |
|---|---|
| 1 | J. Colin Knisely (admitted *Pro Hac Vice*) |
| | **DUANE MORRIS LLP** |
| 2 | 30 South 17th Street |
| | Philadelphia, PA 19103 |
| 3 | Telephone: 215 979 1000 |
| | Facsimile:  215 979 1020 |
| 4 | E-mail:   cknisley@duanemorris.com |
| 5 | Courtney L. Baird (SBN 234410) |
| | Jason Dang (SBN 307841) |
| 6 | **DUANE MORRIS LLP** |
| | 750 B Street, Suite 2900 |
| 7 | San Diego, CA 92101 |
| | Telephone: 619 744 2200 |
| 8 | Facsimile:  619 744 2201 |
| | E-mail:   clbaird@duanemorris.com |
| 9 |           jdang@duanemorris.com |
| 10 | Sean Patterson (SBN 234565) |
| | **DUANE MORRIS LLP** |
| 11 | Spear Tower |
| | One Market Plaza, Suite 2200 |
| 12 | San Francisco, CA 94105-1127 |
| | Telephone: 415 957 3000 |
| 13 | Facsimile:  415 957 3001 |
| | E-mail:   spatterson@duanemorris.com |
| 14 | |
| 15 | Attorneys for Defendant |
| | UBER TECHNOLOGIES, INC. d/b/a JUMP |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and AARON GREESON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a public entity, BIRD RIDES, INC., a Delaware corporation, d/b/a/ BIRD; NEUTRON HOLDINGS, INC., a Delaware corporation, d/b/a/ LIME; WHEELS LABS, INC., a Delaware Corporation, UBER TECHNOLOGIES, INC., a Delaware corporation, d/b/a JUMP, LYFT, INC.; RAZOR USA, LLC a California corporation,<br><br>Defendants. | Case No.:  19-cv-00054 JM BGS<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Dept:     5D<br><br>Judge:    Hon. Jeffrey T. Miller<br>Amended Complaint Filed: March 21, 2019 |

DMADMIN\4277400.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Southern District Local Rule 40.2, Defendant Uber Technologies, Inc., d/b/a Jump hereby states that Uber Technologies Inc. is a non-governmental, publicly held corporation. Uber Technologies, Inc. is not a subsidiary of any entity and no publicly-held corporation owns 10% or more of its stock. SB Cayman 2 Ltd., a private company, owns more than 10% of Uber Technologies, Inc.'s outstanding stock. SB Cayman 2 Ltd. is an affiliate of Softbank Group Corp., a publicly-traded corporation.

Dated: May 22, 2019                              **DUANE MORRIS LLP**

                                                 s/ Courtney L. Baird
                                                 Courtney L. Baird
                                                 Jason Dang

                                                 Attorneys for Defendant
                                                 UBER TECHNOLOGIES, INC. d/b/a
                                                 JUMP