MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
DANNA W. NICHOLAS, Deputy City Attorney
California State Bar No. 235409
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-58M00
    Facsimile:(619) 533-5856

Attorneys for Defendant City of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and AARON GREESON, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a public entity, BIRD RIDES, INC., a Delaware corporation, d/b/a/ BIRD; NEUTRON HOLDINGS, INC., a Delaware corporation, d/b/a LIME; WHEELS LABS, INC., a Delaware Corporation, UBER TECHNOLOGIES, INC., a Delaware corporation, d/b/a JUMP, LYFT, INC.; RAZOR USA, LLC, a California corporation; and DOES 1-100,<br><br>    Defendants. | Case No.  19cv00054 JM (BGS)<br><br>**DEFENDANT CITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FRCP 12(B)(6)]**<br><br>**Date:  July 8, 2019**<br>**Time: 10:00 a.m.**<br><br>Judge: Hon. Jeffrey T. Miller<br>Court Room: 5D (5th Floor – Schwartz) |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 8, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5D (5th Floor - Schwartz), the Honorable Judge Jeffrey T. Miller, Judge presiding in the above-entitled court, United District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, 92101, Defendant City of San Diego ("City"), by and through its attorney of record Danna W. Nicholas, of the Office of the City Attorney, will, and

hereby do, move this Court to dismiss all claims in Plaintiffs' First Amended Complaint ("FAC") (ECF No. 14) asserted against the City (e.g. First, Second, Fourth, Fifth, Sixth and Seventh causes of action) with prejudice for failure to state a claim upon which relief may be granted.  This motion is made by the City pursuant to Federal Rule of Civil Procedure 12(b)(6).

The grounds for this Motion are that:

1. The City is immune from alleged violations caused by failing to adopt or enforce any ordinance.

2. Plaintiffs failed to state a claim against the City under Title II of the Americans with Disabilities Act ("ADA") or the Rehabilitation Act because they are not excluded from participation in or denied the benefits of a public entity's services, programs or activities, or where otherwise discriminated against by the City.

3. Plaintiffs failed to state a claim against the City under the California Government Code sections 4450 or 11135, nor California Civil Code sections 54 (the California Disabled Persons Act), section 51 (the Unruh Act).

The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of the Motion, Plaintiffs' First Amended Complaint, any matters to which the Court may take judicial notice, the orders, pleadings, any reply filed in this matter, and papers filed herein and such arguments and evidence as may be presented to the Court at the time of the hearing and/or any oral argument made on the Motion.

Dated: May 31, 2019    MARA W. ELLIOTT, City Attorney

By  s/Danna W. Nicholas.
Deputy City Attorney
Attorneys for Defendant City of San Diego
Email: DNicholas@sandiego.gov