J. Colin Knisely (admitted *Pro Hac Vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215 979 1000
Facsimile:  215 979 1020
E-mail:   cknisley@duanemorris.com

Courtney L. Baird (SBN 234410)
Jason Dang (SBN 307841)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: 619 744 2200
Facsimile:  619 744 2201
E-mail:   clbaird@duanemorris.com
          jdang@duanemorris.com

Sean Patterson (SBN 234565)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415 957 3000
Facsimile:  415 957 3001
E-mail:   spatterson@duanemorris.com

Attorneys for Defendant
UBER TECHNOLOGIES, INC. d/b/a JUMP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and AARON GREESON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a public entity, BIRD RIDES, INC., a Delaware corporation, d/b/a/ BIRD; NEUTRON HOLDINGS, INC., a Delaware corporation, d/b/a/ LIME; WHEELS LABS, INC., a Delaware Corporation, UBER TECHNOLOGIES, INC., a Delaware corporation, d/b/a JUMP, LYFT, INC.; RAZOR USA, LLC a California corporation,<br><br>Defendants. | Case No.:  3:19-cv-00054-JM-BGS<br><br>**DEFENDANT UBER TECHNOLOGIES, INC. D/B/A JUMP'S NOTICE OF MOTION AND MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT OF PLAINTIFFS**<br><br>Date:      July 8, 2019<br>Time:     10:00 a.m.<br>Dept:     5D<br>Judge:    Hon. Jeffrey T. Miller<br>Amended Complaint Filed: March 21, 2019 |

DM1\9656336.1

**Defendant Uber Technologies, Inc. d/b/a Jump's Notice of Motion and Motion to Dismiss First Amended Complaint                                                                    Case No. 3:19-cv-00054 JM BGS**

# NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on Monday, July 8, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Jeffrey T. Miller, in Courtroom 5D of the Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, California 92101, Defendant Uber Technologies Inc., d/b/a JUMP ("Uber") will and hereby does move to dismiss all claims asserted against Uber (Third, Sixth, and Seventh Claims[1]) in Plaintiffs' First Amended Complaint (ECF No. 14) with prejudice for lack of subject-matter jurisdiction and failure to state a claim upon which relief may be granted. This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).[2]

This Motion to Dismiss is based on this Notice of Motion and Motion and the concurrently filed Memorandum of Points and Authorities and Request for Judicial Notice, the papers on file in this action, the arguments provided by counsel at the hearing on this Motion, and any other matters that may be presented to the Court at or before the time of the hearing.

Dated: June 7, 2019

**DUANE MORRIS LLP**

s/ Courtney L. Baird
Courtney L. Baird
Jason Dang

Attorneys for Defendant
UBER TECHNOLOGIES, INC. d/b/a JUMP

---

[1] Plaintiffs have represented that they are no longer pursuing their Fifth Claim (pursuant to Cal. Gov. Code § 11135) against Uber and other Defendants (See, ECF No. 34, at p. 14:6. [Plaintiffs' Opposition to Joint Motion to Dismiss]); thus, this claim is now moot.

[2] Uber also joins in and incorporates as if fully set forth herein the joint motion to dismiss filed by other Defendants (ECF No. 30, 30-1, 38), which are equally applicable to Uber. (See also, Uber's Notice of Joinder filed concurrently herewith.) For the sake of brevity, Uber will not reiterate all statements and arguments set forth therein.

DM1\9656336.1

2

**Defendant Uber Technologies, Inc. d/b/a Jump's Notice of Motion and Motion to Dismiss First Amended Complaint**                                             Case No. 19-cv-00054 JM BGS