Michael I. Neil, SBN 40057
mneil@neildymott.com
Robert W. Frank, SBN 95392
rfrank@neildymott.com
Matthew R. Souther, SBN 227910
msouther@neildymott.com
Phillip E. Stephan, SBN 283818
pstephan@neildymott.com
NEIL, DYMOTT, FRANK, McCABE & HUDSON
A Professional Law Corporation
110 West A Street, Suite 1200
San Diego, CA 92101
**P** 619.238.1712   |   **F** 619.238.1562

Ann E. Menasche, SBN 74774
Ann.menasche@disabilityrightsca.org
Nichole Mendoza, SBN 276632
Nichole.Mendoza@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
530 B Street, Suite 400
San Diego, CA 92101
**P** 619.239.7861   |   **F** 619.239.7906

Ben Conway, SBN 246410
Ben.Conway@disabilityrightsca.org
Navneet K. Grewal, SBN 251930
Navneet.Grewal@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
**P** 213.213.8000   |   **F** 213.213.8001

Attorneys for ALEX MONTOYA, REX SHIRLEY,
PHILIP PRESSEL, and WYLENE HINKLE
On Behalf of the Plaintiff Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and WYLENE HINKLE, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN DIEGO, a public entity; and DOES 1-100, <br><br> Defendants. | Case No. 3:19-cv-00054-JM-BGS <br><br> **JOINT MOTION TO AMEND THE COURT'S SCHEDULING ORDER TO EXTEND ALL DEADLINES BY NINETY (90) DAYS** <br><br> Judge:     Honorable Jeffrey T. Miller <br> Courtroom:  5D (Schwartz) <br> Magistrate Judge:     Honorable Bernard G. Skomal <br> 12th Floor    (Carter/Keep) <br> Jury Trial:   October 18, 2021 |

1

## I.   JOINT MOTION TO ALLOW A MODIFICATION OF THE COURT'S PRE-TRIAL SCHEDULING ORDER

Through this joint motion, Plaintiffs, ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and WYLENE HINKLE, and Defendant, CITY OF SAN DIEGO, by and through their respective counsel of record, jointly move this Court to allow a modification of the pre-trial scheduling order. This motion is based on this Joint Motion, and the concurrently filed Declaration of Matthew R. Souther, Esq.

## II.   RULE 16(b) PERMITS AMENDMENT ON THE BASIS OF CONSENT

Pursuant to Federal Rule of Civil Procedure (FRCP) 16(b)(4), a court may modify a scheduling order "only for good cause and with the judge's consent." Rule 16's purpose "is to get cases decided on the merits of issues that are truly meritorious and in dispute[.]" See *Allen v. Bayer Corp. (In re: Phenylpropanolamine (PPA) Prods. Liab. Litig.)*, 460 F.3d 1217, 1227 (9th Cir. 2006). Rule 16(b)'s good cause inquiry focuses on the movant's diligence. *Coleman v. Quaker Oats Co.*, 232 F.3d 1271,1294-95 (9th Cir. 2000); see also *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir.1992) ("good cause means scheduling deadlines cannot be met despite the moving party's diligence).

## III.   THE PARTIES JOINTLY STIPULATE TO THE MODIFICATION OF THE PRE-TRIAL SCHEDULING ORDER

On January 21, 2020, the Honorable Jeffrey T. Miller issued an Order denying the City of San Diego's motion to dismiss Plaintiffs' claims and providing the City of San Diego up to and including February 18, 2020 to file an answer to Plaintiffs' First Amended Complaint. See the Declaration of Matthew R. Souther ("Souther Dec"), at ¶1.

After the Order was issued, counsel for Plaintiffs and counsel for the City spoke and agreed to permit Plaintiffs to amend their complaint, after several discussions regarding the proposed Second Amended Complaint. (*Id*., at ¶2). Following the filing of the Second Amended Complaint, the parties entered settlement negotiations,

2

JOINT MOTION TO AMEND THE COURT'S SCHEDULING          Case No. 3:19-cv-00054-JM-BGS
ORDER TO EXTEND ALL DEADLINES BY NINETY (90) DAYS

including negotiations under the guidance of the Honorable Bernard G. Skomal. (*Id*., at ¶3.)  After settlement negotiations hit impasse, Plaintiffs propounded timely discovery on the City of San Diego, including requests for admission, requests for production, special interrogatories, and depositions under Rule (30)(b)(6). *Id*., at ¶4. After receiving the timely requests, the City of San Diego's counselor Danna Nicholas spoke with Plaintiffs' counselors Robert W. Frank and Matthew R. Souther regarding the discovery, asking for additional time to identify the proper witnesses for the 30(b)(6) depositions and for additional time to produce thousands of responsive documents. *Id*., at ¶5. The parties agreed that additional time requested by the City would be fair to allow the discovery to take place in a timely fashion while also recognizing the difficulty with gathering such discovery during the COVID-19 pandemic, and that an extension of the deadlines in the scheduling order would serve the interests of justice and fairness. *Id*., at ¶6.

The Joint Stipulation evidences the consent of the parties and provides a basis for modification of the Court's scheduling order. *Id*., at ¶7.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT MOTION TO AMEND THE COURT'S SCHEDULING
ORDER TO EXTEND ALL DEADLINES BY NINETY (90) DAYS

Case No. 3:19-cv-00054-JM-BGS

## IV.   CONCLUSION

Based on the foregoing, Plaintiffs and Defendant City of San Diego respectfully request that this Court order that its pre-trial scheduling order be modified to extend all deadlines and dates by ninety (90) days.

Dated:  November 13, 2020          NEIL, DYMOTT, FRANK, MCCABE & HUDSON
                                   A Professional Law Corporation


                                   By:   /s/ Robert W. Frank
                                         Michael I. Neil
                                         mneil@neildymott.com
                                         Robert W. Frank
                                         rfrank@neildymott.com


                                   By:   /s/ Matthew R. Souther
                                         Matthew R. Souther
                                         msouther@neildymott.com
                                         Phillip E. Stephan
                                         pstephan@neildymott.com
                                         Attorneys for Plaintiffs
                                         ALEX MONTOYA, PHILIP PRESSEL,
                                         REX SHIRLEY. and WYLENE HINKLE


Dated:  November 13, 2020          DISABILITY RIGHTS CALIFORNIA


                                   By:   /s/ Ann E. Menasche
                                         Ann E. Menasche,
                                         Ann.menasche@disabilityrightsca.org
                                         Nichole Mendoza
                                         Nichole.mendoza@disabilityrightsca.org
                                         Attorneys for Plaintiffs
                                         ALEX MONTOYA, PHILIP PRESSEL,
                                         REX SHIRLEY. and WYLENE HINKLE


Dated:  November 13, 2020          DISABILITY RIGHTS CALIFORNIA


                                   By:   /s/ Ben Conway
                                         Ben Conway
                                         Ben.conway@disabilityrightsca.org
                                         Navneet K. Grewal
                                         Navneet.Grewal@disabilityrightsca.org
                                         Attorneys for Plaintiffs
                                         ALEX MONTOYA, PHILIP PRESSEL,
                                         REX SHIRLEY. and WYLENE HINKLE

4

Dated: November 13, 2020     CITY OF SAN DIEGO

By:     /s/ Danna Nicholas
        Danna Nicholas
        DNicholas@sandiego.gov
        Attorneys for Defendant
        CITY OF SAN DIEGO

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Danna Nicholas, counsel for Defendant City of San Diego and that I have obtained Ms. Nicholas' authorization to affix her electronic signature to this document.

Dated: November 13, 2020     By:     /s/ Phillip E. Stephan
                                      Phillip E. Stephan
                                      pstephan@neildymott.com
                                      Attorneys for Plaintiffs
                                      ALEX MONTOYA, PHILIP PRESSEL,
                                      REX SHIRLEY, and WYLENE HINKLE

JOINT MOTION TO AMEND THE COURT'S SCHEDULING          Case No. 3:19-cv-00054-JM-BGS
ORDER TO EXTEND ALL DEADLINES BY NINETY (90) DAYS