c

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>Defendant. | Case No.:  19cv054 JM (BGS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND THE COURT'S SCHDEDULING ORDER TO EXTEND ALL DEADLINES BY SIXTY (60) DAYS**<br><br>[ECF 127] |

On November 27, 2020, the parties filed a Joint Motion seeking to extend all deadlines by sixty days.[1] (ECF 127.)  Having considered the parties Joint Motion and supporting declaration explaining the parties' delays in pursuing discovery without Court approval, what discovery has been sought, and what discovery is outstanding, the Court

---

[1] The parties filed a joint motion to extend all deadlines by 90 days on November 13, 2020.  (ECF 115.)  It was denied without prejudice on November 17, 2020 because the parties failed to identify what discovery had been completed, what discovery remained, or when the parties commenced discovery.  (*Id.*)  It also failed to explain why the parties delayed commencing discovery during settlement negotiations without seeking a stay of discovery from the Court.

finds extension of some of the deadlines is warranted, although not for the sixty days requested. The Court extends the following deadlines.

    1.    All discovery needed for purposes of class certification must be completed by **January 5, 2021**.

    2.    Any motion for class certification shall be filed no later than **January 29, 2021**.

    3.    **All** fact discovery shall be completed by all parties by **February 19, 2021**.

    4.    The parties shall designate their respective experts in writing by **March 10, 2021**.

    5.    The date for exchange of rebuttal experts shall be by **March 24, 2021**.

    6.    By **April 21, 2021**, each party shall comply with the expert disclosure provisions in Rule 26(a)(2)(B) and (C) of the Federal Rules of Civil Procedure.

    7.    Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) by **May 5, 2021**.

    8.    All expert discovery shall be completed by all parties by **May 21, 2021**.

    9.    All other pretrial motions must be filed by **June 11, 2021**.

No other deadlines set in the May 6, 2020 Scheduling Order are modified and all other provisions of that Order still apply.

**IT IS SO ORDERED.**

Dated: December 2, 2020

                                              *[signature]*
                                              Hon. Bernard G. Skomal
                                              United States Magistrate Judge