1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10   ALEX MONTOYA; REX SHIRLEY;                    Case No.:  19cv0054 JM(BGS)
     PHILIP PRESSEL; and AARON
11   GRESSON, individually, and on behalf of
     all others similarly situated,               **ORDER ON EX-PARTE MOTION
12                                                 AND RESETTING BRIEFING
                                                   SCHEDULE ON CLASS
13                              Plaintiffs,        CERTIFICATION MOTION**

14   v.

15   CITY OF SAN DIEGO, a public entity;
     and DOES 1-100,
16
                                Defendants.
17

18          On January 29, 2021, in accordance with the scheduling order, Plaintiffs filed their

19   Motion for Class Certification with a noticed hearing date of March 1, 2021.  (Doc. No.

20   135).  City's opposition was to be filed no later than February 16, 2021, however, the City

21   did not file its opposition.

22          On February 18, 2021, the City filed an *ex-parte* motion seeking to reset the hearing

23   to a date on or after March 15, 2021, and asking the court to allow briefing to be based on

24   the new date.  (Doc. No. 136 at 2.)  City asserts that it missed the original filing deadline

25   because of a calendaring error and "its own experience of having separate briefing

26   schedules for large noticed motions."  (*Id.*)  City also informs the court that the assigned

27   attorney has been dealing with some personal issues.  (*Id*. at ¶ 7.)  In support of its motion,

28

2

1  City maintains that it has contacted Plaintiffs' counsel and they neither stipulate to nor

2  oppose City's request to continue the hearing date.[1]  (*Id.* at ¶ 9.)

3         Good cause shown, the court **GRANTS** the *ex-parte* motion.  (Doc. No. 136.)

4  Accordingly, the court hereby ORDERS that the City has up to and including ***March 1,***

5  ***2021***, to file a response in opposition to the motion.  Plaintiffs shall have up to and

6  including ***March 8, 2021*** to file a reply.

7         The matter will then be deemed under submission and the court will issue an order

8  in due course.

9         IT IS SO ORDERED.

10   Dated:  February 18, 2021

11                                                    _____

12                                                    Hon. Jeffrey T. Miller
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24  _____

25

26  [1] In the continuing effort to foster civility and professionalism, the court notes the failure
    by Plaintiffs to stipulate to the requested continuance does not serve civility and
27  professionalism in our ranks.  Based on the information provided to the court, this was a
    textbook request for a justifiable continuance.
28