Robert W. Frank, SBN 95392
rfrank@neildymott.com
NEIL, DYMOTT, FRANK, MCCABE & HUDSON
A Professional Law Corporation
110 West A Street, Suite 1200
San Diego, CA 92101
P 619.238.1712 / F 619.238.1562

Autumn Elliott, SBN 230043
Autumn.Elliott@disabilitiyrights.org
DISABILITY RIGHTS CALIFORNIA
530 B Street, Suite 400
San Diego, CA 92101
P 619.239.7861 /F 619.239.7906

Aisha C. Novasky, SBN 328120
Aisha.Novasky@disabilityrights.ca.org
DISABILITY RIGHTS CALIFORNIA
3602 Inland Empire Blvd., Suite C110
Ontario, CA 91764
P 213.213.8000/F 213.213.8001

Attorneys for Plaintiffs, ALEX MONTOYA, REX SHIRLEY,
PHILIP PRESSEL, and WYLENE HINKLE
On Behalf of the Plaintiff Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and WYLENE HINKLE, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN DIEGO, a public entity; and DOES 1-100, <br><br> Defendants. | Case No. 3:19-cv-00054-JM-BGS <br> CLASS ACTION <br><br> **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON** <br><br> Judge:  Honorable Jeffrey T. Miller <br> Courtroom:  5D (Schwartz) <br> Magistrate Judge: <br> Honorable Bernard G. Skomal <br> 12th Floor (Carter/Keep) |

1

PLEASE TAKE NOTICE, Plaintiffs ALEX MONTOYA, REX SHIRLEY, PHILIP PRESSEL, and WYLENE HINKLE ("Plaintiffs") and Defendant CITY OF SAN DIEGO, hereby stipulate to dismiss this matter in its entirety, with prejudice. These parties are to each bear their own costs and fees.

Dated: October 13 2022

NEIL, DYMOTT, FRANK, MCCABE & HUDSON
A Professional Law Corporation

By: _____

Robert W. Frank
rfrank@neildymott.com
Attorneys for Plaintiffs
ALEX MONTOYA, PHILIP PRESSEL,
REX SHIRLEY, and WYLENE HINKLE

Dated: October 11, 2022

CITY OF SAN DIEGO

By: _____

Danna W. Nicolas
dnicholas@sandiego.gov
Attorneys for Defendant
CITY OF SAN DIEGO

2

## ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE

Having carefully considered the parties' Joint Stipulation for Dismissal of this action, all pleadings and documents, the Court HEREBY ORDERS the matter dismissed WITH PREJUDICE.


Dated: October _____, 2022

_____
Honorable Jeffrey T. Miller
Judge of the U.S. District Court
Southern Division