UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MONTOYA; REX SHIRLEY; PHILIP PRESSEL; and WYLENE HINKLE, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, a public entity; and DOES 1-100,<br><br>　　　　　　　　　　Defendants. | Case No.:  19cv0054 JM(BGS)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　　On September 12, 2022, following a status conference where this court dismissed this action without prejudice, the Clerk of Court closed this case. The final papers were due on or before October 8, 2022.

　　　On October 24, 2022, the parties filed a Joint Stipulation for Dismissal of Entire Action with Prejudice. (Doc. No. 225.[1]) Having considered the Joint Stipulation, the Court **GRANTS** the joint motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 225.)   Accordingly, this Court **DISMISSES WITH PREJUDICE** all

---

[1] The court, therefore, REOPENS the case for the limited purpose of considering the present motion.

1 complaints and claims in this action. All parties are to bear their own attorneys' fees and
2 costs.
3     IT IS SO ORDERED.
4 Dated: October 26, 2022

_____
Hon. Jeffrey T. Miller
United States District Judge